UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61073-CIV-DIMITROULEAS

IVAN OJEDA,

    Plaintiff,
v.

KENNETT CONSULTING, LLC,

    Defendants.
_____/

**ORDER OF DISMISSAL**

THIS CAUSE is before the Court on the Stipulation of Voluntary Dismissal (in Favor of Arbitration) Pursuant to Rule 41(A)(1)(A)(II) [DE 17] (the "Stipulation"), filed herein on August 27, 2021. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

This action involves a claim under the Fair Labor Standards Act ("FLSA"). On June 2, 2021, the Court informed the parties that any settlement of the FLSA action would require court approval. *See* [DE 6] ("[A]ny voluntary dismissal or stipulation of dismissal will require the parties to submit a settlement agreement for judicial review and approval."). The Parties have specified in the Stipulation that they are dismissing this matter in favor of arbitration.

Given the Parties statement that the Parties are dismissing this case in favor of arbitration, the Court will approve the Stipulation in part. The "Court will construe such a dismissal to be <u>without</u> prejudice, regardless of the language used in the notice," as the Court stated it would in its initial Notice to Parties in FLSA Cases. [DE 6]. "Plaintiff will be able to re-file or otherwise pursue the claim in the future, subject to the statute of limitations." *See* [DE 6].

1

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 17] is hereby **APPROVED in part**;

2. This action is **DISMISSED without prejudice**;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of August, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record